**BOIES SCHILLER FLEXNER LLP**
Stuart H. Singer, Esq.
Pascual Oliu, Esq.
Meredith Schultz, Esq.
Corey P. Gray, LTC, Esq.
BOIES SCHILLER FLEXNER LLP
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
Telephone: (954) 356-0011
Facsimile: (954) 356-0022
ssinger@bsfllp.com
poliu@bsfllp.com
mschultz@bsfllp.com
cgray@bsfllp.com

*Counsel for Plaintiff,
Arrow Electronics, Inc.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# DENVER DIVISION

| | |
|---|---|
| ARROW ELECTRONICS, INC., | Case No.: 1:18-CV-00889-CMA-MEH |
| Plaintiff, | |
| v. | |
| ELNA CO., LTD.; ELNA AMERICA INC.; MATSUO ELECTRIC CO., LTD.; TOSHIN KOGYO., LTD.; OKAYA ELECTRIC INDUSTRIES CO., LTD.; OKAYA ELECTRIC AMERICA INC.; TAITSU CORPORATION; TAITSU AMERICA, INC.; SHINYEI KAISHA; SHINYEI TECHNOLOGY CO., LTD.; SHINYEI CAPACITOR CO., LTD.; SHINYEI CORPORATION OF AMERICA, INC.; NITSUKO ELECTRONICS CORPORATION; NISSEI ELECTRIC CO., LTD.; SHIZUKI ELECTRIC CO., INC.; SOSHIN ELECTRIC CO., LTD.; SOSHIN ELECTRONICS OF AMERICA, INC.; NIPPON CHEMI-CON CORPORATION; and UNITED CHEMI-CON, INC., | **ARROW ELECTRONICS, INC.'S NOTICE OF WITHDRAWAL OF ATTORNEYS WILLIAM A. ISAACSON AND KYLE N. SMITH** |
| Defendants. | |

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that attorneys WILLIAM A. ISAACSON and KYLE N. SMITH of the law firm Paul Weiss Rifkind Wharton & Garrison LLP–DC, pursuant to Section IV, Entry and Withdrawal of Appearance, D.C.COLO.LAttyR 5(b), Withdrawal of Appearance, hereby request the Court withdraw Mr. Isaacson and Mr. Smith as counsel of record in this matter on behalf of Plaintiff Arrow Electronics, Inc. Other members of the law firm BOIES SCHILLER FLEXNER LLP will continue to represent the plaintiff.

Accordingly, it is hereby requested that the Court remove Mr. Isaacson's and Mr. Smith's names and e-mail addresses from the service list on file with the Court for this action.

DATED: August 1, 2022

Respectfully submitted,

**BOIES SCHILLER FLEXNER LLP**

By:    /s/ *Corey P. Gray*
Stuart H. Singer, Esq.
Meredith Schultz, Esq.
Pascual Oliu, Esq.
Corey P. Gray, Esq., LTC
401 East Las Olas Blvd.
Suite 1200
Fort Lauderdale, FL 33301
Telephone:   (954) 356-0011
Facsimile:   (954) 356-0022
Email: ssinger@bsfllp.com
       mschultz@bsfllp.com
       poliu@bsfllp.com
       cgray@bsfllp.com

*Attorneys for Plaintiff, Arrow Electronics*

# CERTIFICATE OF SERVICE

I, Corey P. Gray, one of the attorneys for Arrow Electronics, Inc. certifies that a true and correct copy of the foregoing document was served via e-mail through the CM/ECF system for the District of Colorado on all counsel of record on August 1, 2022.

/s/ *Corey P. Gray*
Corey P. Gray, Esq., LTC